## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**COLONY INSURANCE COMPANY**                                                            **PLAINTIFF**

**v.**                                                              **CAUSE NO. 1:16CV191-LG-RHW**

**FIRST SPECIALTY
INSURANCE CORPORATION**                                                      **DEFENDANT**

### FINAL JUDGMENT

In accordance with the Memorandum Opinion And Order Granting Summary

Judgment In Favor Of Defendant entered herewith,

**IT IS ORDERED AND ADJUDGED** that judgment is rendered in favor of

Defendant First Specialty Insurance Corporation and against Plaintiff Colony

Insurance Company.  This action is hereby **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 3rd day of February, 2017.


s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE